IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

YONI ADALI ALONZO-ANDRADE,          *
                                    *
         Petitioner,                *
                                    *    Civil Case No.: SAG-26-0631
v.                                  *
                                    *
KRISTI NOEM, *et al.*,              *
                                    *
         Respondents.               *
                                    *
    *    *    *    *    *    *    *    *    *    *

# ORDER

Upon consideration of the Petition for Writ of Habeas Corpus (ECF 1) (the "Petition"), the Notice filed by the Parties, the entire record in this case, briefing and the previous opinion of this Court *Machado Meza v. Bondi*, Case No. 26-cv-0424-TDC, I find that no further briefing is necessary, and the Petition can be decided without a hearing. It is hereby:

**ORDERED**, that the Petition is **GRANTED** in part, insofar as I find that the Petitioner is entitled to the relief set forth below, and is **DENIED** as to any further relief at this time:

1. Petitioner is detained under 8 U.S.C. § 1226(a) and is entitled to, and shall seek, a bond hearing pursuant to the regulations provided at 8 C.F.R. §§ 236.1(d), 1003.19 and 1236.1(d);

2. The bond hearing shall be held within 10 days of the Petitioner's filing of a motion with the Immigration Court;

3. The bond hearing may be conducted by any Immigration Judge with jurisdiction or administrative control over Petitioner's detention and need not take place in Maryland;

4. If bond is granted and Petitioner is released, nothing in the Order precludes ICE from imposing reasonable conditions of release;

5. If Petitioner is not provided with a bond hearing before an Immigration Judge in compliance with this Order, Respondents shall release Petitioner from custody, with reasonable conditions, which may include the requirement that Petitioner appear for a bond hearing at Immigration Court in Maryland;

6. The parties shall provide the Court with a Joint Status Report within 20 days of the date of this Order; and

7. Any request for attorney's fees and costs are denied.


Date: February 18, 2026

                                               /s/
Stephanie A. Gallagher
United States District Judge